IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WESTPORT INSURANCE CORPORATION | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JEAN G. GAVLICK, et al. | : | NO. 02-4561 |

### O R D E R

AND NOW, this 7th day of November, 2002, it is ORDERED that the Rule 16 Conference, by telephone, in the above captioned case, currently scheduled on November 15, 2002 is **RESCHEDULED** to Tuesday, December 3, 2002 at 4:30 p.m. Plaintiff's counsel shall initiate the telephone call. Judge McLaughlin's chambers telephone number is 267-299-7600.

ATTEST:                                                      or    BY THE COURT

BY:_____                          _____
       Carol D. James, Deputy Clerk                                  MARY A. McLAUGHLIN,   J.

*faxed and mailed from chambers 11/7/02:*
  *Rex F. Brien, Esq.*
  *Cheryl A. Rowe, Esq.*
  *James M. Russell, Esq.*
  *Barbara H. Beringer, Esq.*
  *Terry D. Weiler, Esq.*
  *John J. Speicher, Esq.*

Civ 12 (9/83)