IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WESTPORT INSURANCE CORP.,  :
    Plaintiff  :
      :
    v.  :  NO. 02-CV-4561
      :
GAVLICK AND ROWE, P.C.; GEORGE FULTON,  :
individually and as executor of the  :
estate of Jacqueline Fulton, deceased;  :
PATRICIA ANN RITTENHOUSE, individually  :
and as executrix of the estate of Dorothea  :
E. Brown, deceased; CANDICE E. STEFFY and  :
GERI D. MOODY, individually and as  :
executors of the estate of Doris M.  :
Killian, deceased;  :
    Defendants  :

ORDER

AND NOW, this _____ day of March, 2003, upon consideration of the Parties' Stipulation of Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) received by this Court on March 25, 2003, it is hereby ORDERED that this Court's Order of March 4, 2003, dismissing this case with prejudice pursuant to Local Rule of Civil Procedure 41.1(b), is vacated. Because the parties have stipulated to dismissal under Federal Rule 41(a)(1)(ii), they have agreed to dismiss the case without prejudice; the Court's March 4 order to dismiss with prejudice would run afoul of the parties' agreement.

BY THE COURT:

_____
MARY A. MCLAUGHLIN, J.